1  Dennis L. Kennedy (Nevada Bar No. 1462)
   Sarah E. Harmon (Nevada Bar No. 8106)
2  BAILEY❖KENNEDY
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada  89148-1302
   Telephone: (702) 562-8820
4  Facsimile: (702) 562-8821
   E-Mail:  dkennedy@baileykennedy.com
5           sharmon@baileykennedy.com

6  Michael D. Kibler (*pro hac vice*)
   Deborah L. Stein (*pro hac vice*)
7  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
8  Los Angeles, California 90067
   Telephone: (310) 407-7500
9  Facsimile: (310) 407-7502
   E-Mail:  mkibler@stblaw.com
10          dstein@stblaw.com

11
   Attorneys for Defendant NATIONAL FIRE &
12 MARINE INSURANCE COMPANY

13              **UNITED STATES DISTRICT COURT**
                    **DISTRICT OF NEVADA**
14

| ASSURANCE COMPANY OF AMERICA, | Case No. 2:13-cv-00821-JCM-PAL |
|---|---|
| Plaintiff, | **MOTION FOR WITHDRAWAL OF COUNSEL AND REMOVAL FROM CM/ECF SYSTEM (K. LUCY ATWOOD)** |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | (*Clerk's Action Required*) |
| Defendant. | |

1   Defendant National Fire & Marine Insurance Company ("National Fire"), by and
2   through its undersigned counsel, Dennis L. Kennedy and Sarah E. Harmon of the law of
3   Bailey❖Kennedy, and Michael D. Kibler and Deborah L. Stein of the law firm of Simpson
4   Thacher & Bartlett LLP, hereby moves for the withdrawal of K. Lucy Atwood as counsel of
5   record for National Fire.  Ms. Atwood has left the law firm of Simpson Thacher & Bartlett, LLP
6   and therefore withdraws as counsel of record for National Fire.  Moreover, National Fire moves
7   to have Ms. Atwood removed from the CM/ECF System List for this action.
8   Copies of all future papers and pleadings filed herein, except original process, shall
9   continue to be served upon Mr. Kennedy, Ms. Harmon, Mr. Kibler, and Ms. Stein.

10

11  DATED this 3rd day of February, 2014.

12

13  SIMPSON THACHER & BARTLETT LLP          BAILEY❖KENNEDY
    Michael D. Kibler (*pro hac vice*)
14  Deborah L. Stein (*pro hac vice*)
    1999 Avenue of the Stars, 29th Floor      By: */s/ Sarah E. Harmon*
15  Los Angeles, California 90067                 Dennis L. Kennedy
    Telephone: (310) 407-7500                     (Nevada Bar No. 1462)
16  Facsimile: (310) 407-7502                     Sarah E. Harmon
    E-Mail:   mkibler@stblaw.com                  (Nevada Bar No. 8106)
17            dstein@stblaw.com                   8984 Spanish Ridge Avenue
                                                  Las Vegas, Nevada 89148-1302
18                                                Telephone: (702) 562-8820
                                                  Facsimile: (702) 562-8821
19                                                E-Mail:   dkennedy@baileykennedy.com
                                                            sharmon@baileykennedy.com
20
    *Attorneys for Defendant National Fire & Marine Insurance Company*
21

22  IT IS SO ORDERED this 5th day
    of February, 2014.
23

24  [signature]
    Peggy A. Leen
25  United States Magistrate Judge