1  Dennis L. Kennedy (Nevada Bar No. 1462)
   Sarah E. Harmon (Nevada Bar No. 8106)
2  BAILEY✦KENNEDY
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada  89148-1302
   Telephone: (702) 562-8820
4  Facsimile: (702) 562-8821
   E-Mail:  dkennedy@baileykennedy.com
5           sharmon@baileykennedy.com

6  Michael D. Kibler (*pro hac vice*)
   Deborah L. Stein (*pro hac vice*)
7  SIMPSON THACHER & BARTLETT LLP
   1999 Avenue of the Stars, 29th Floor
8  Los Angeles, California 90067
   Telephone: (310) 407-7500
9  Facsimile: (310) 407-7502
   E-Mail:  mkibler@stblaw.com
10          dstein@stblaw.com

11
   Attorneys for Defendant NATIONAL FIRE &
12 MARINE INSURANCE COMPANY

13                       **UNITED STATES DISTRICT COURT**
                                **DISTRICT OF NEVADA**
14

15 | ASSURANCE COMPANY OF AMERICA, | Case No. 2:13-cv-00821-JCM-PAL |
   |---|---|
16 | Plaintiff, | **MOTION FOR WITHDRAWAL OF COUNSEL AND REMOVAL FROM CM/ECF SYSTEM (K. LUCY ATWOOD)** |
   | v. | |
17 | NATIONAL FIRE & MARINE INSURANCE COMPANY, | (*Clerk's Action Required*) |
18 | Defendant. | |
19

20

21

22

23

24

25

1  Defendant National Fire & Marine Insurance Company ("National Fire"), by and
2  through its undersigned counsel, Dennis L. Kennedy and Sarah E. Harmon of the law of
3  Bailey❖Kennedy, and Michael D. Kibler and Deborah L. Stein of the law firm of Simpson
4  Thacher & Bartlett LLP, hereby moves for the withdrawal of K. Lucy Atwood as counsel of
5  record for National Fire.  Ms. Atwood has left the law firm of Simpson Thacher & Bartlett, LLP
6  and therefore withdraws as counsel of record for National Fire.  Moreover, National Fire moves
7  to have Ms. Atwood removed from the CM/ECF System List for this action.
8  Copies of all future papers and pleadings filed herein, except original process, shall
9  continue to be served upon Mr. Kennedy, Ms. Harmon, Mr. Kibler, and Ms. Stein.

11  DATED this 3rd day of February, 2014.

13  SIMPSON THACHER & BARTLETT LLP  
    Michael D. Kibler (*pro hac vice*)  
14  Deborah L. Stein (*pro hac vice*)  
    1999 Avenue of the Stars, 29th Floor  
15  Los Angeles, California 90067  
    Telephone: (310) 407-7500  
16  Facsimile: (310) 407-7502  
    E-Mail:   mkibler@stblaw.com  
17            dstein@stblaw.com

BAILEY❖KENNEDY

By: /s/ Sarah E. Harmon
    Dennis L. Kennedy
    (Nevada Bar No. 1462)
    Sarah E. Harmon
    (Nevada Bar No. 8106)
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302
    Telephone: (702) 562-8820
    Facsimile: (702) 562-8821
    E-Mail:   dkennedy@baileykennedy.com
              sharmon@baileykennedy.com

*Attorneys for Defendant National Fire & Marine Insurance Company*

22  IT IS SO ORDERED this 5th day
23  of February, 2014.

24  Peggy A. Leen
25  United States Magistrate Judge

2