1  William C. Reeves
   State Bar No. 8235
2  MORALES FIERRO & REEVES
   600 S. Tonopah Drive, Suite 300
3  Las Vegas, NV 89106
   Telephone: 702/699-7822
4  Facsimile: 702/699-9455

5  Attorneys for Plaintiff

6

7

8                    UNITED STATES DISTRICT COURT

9                         DISTRICT OF NEVADA

10 ASSURANCE CO. OF AMERICA,           )   Case No.: 2:13-cv-00821-JCM-PAL
                                       )
11        Plaintiff,                   )   NOTICE OF SETTLEMENT
                                       )
12      vs.                            )
                                       )
13 NATIONAL FIRE & MARINE INS. CO.,    )
                                       )
14        Defendant.                   )
                                       )
15 _____)

16      TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

17      BE ADVISED THAT a global settlement has been reached in this case.  It is expected that it

18 will take up to 45 days to finalize the settlement.  Once finalized, the parties will stipulate to the

19 dismissal of this case with prejudice.

20 Dated: April 23, 2014

21                                            MORALES FIERRO & REEVES

22

23

24                                      By:   /s/ William C. Reeves
                                              William C. Reeves
25                                            Nevada Bar No. 8235
                                              600 S. Tonopah Drive, Suite 300
26                                            Las Vegas, NV 89106
                                              Attorneys for Plaintiff
27

28

NOTICE                                    1                    Case No.: 2:13-cv-00821-JCM-PAL