**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ASSURANCE CO. OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NATIONAL FIRE & MARINE INS. CO.,<br><br>　　　　Defendant. | 2:13-CV-821 JCM (PAL) |

**ORDER**

Presently before the court is the matter of *Assurance Co. of America, et al, v. Nat'l Fire & Marine Ins. Co.*, case no. 2:13-cv-821-JCM-PAL. On April 23, 2014, the parties filed a notice of global settlement. (Doc. # 46). National Fire's motion to dismiss (doc. # 39) is therefore denied without prejudice.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendant's motion to dismiss (doc. # 39) be, and the same hereby is, DENIED without prejudice.

DATED April 25, 2014.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ James C. Mahan
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**