1

2

3

4

5

6

7

8

9

10

11

12

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ASSURANCE COMPANY OF AMERICA, et al., | Case No. 2:13-cv-00821-JCM-PAL |
| Plaintiffs, | ORDER |
| v. | |
| NATIONAL FIRE & MARINE INSURANCE COMPANY, | |
| Defendant. | |

13   Before the court is the Notice of Settlement (Dkt. #46) filed by the Plaintiff on April 23,

14  2014.   Within the notice, Plaintiff's counsel advises that the parties have reached a global

15  settlement and anticipate approximately forty-five days to finalize the settlement before filing a

16  stipulation to dismiss.  As of this date, no stipulation to dismiss has been filed.  Accordingly,

17   **IT IS ORDERED** that the parties shall have until **June 27, 2014,** to file their stipulation

18  to dismiss.  Alternatively, the parties shall file a Joint Status Report advising the court of the

19  status of settlement and the anticipated date for the stipulation to dismiss to be filed.

20   DATED this 13th day of June, 2014.

21

22

23  PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28